# IN THE UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CHARLES D. CLEVELAND, | ) |
| Plaintiff(s), | ) |
| VS. | ) CASE NO. CV 08-619-JPG-PMF |
| CLAYCO CONSTRUCTION COMPANY, INC., | ) |
| Defendant(s). | ) |

## JUDGMENT IN A CIVIL CASE

**GILBERT, Judge:**

The Court having received a Stipulation for Dismissal signed by all counsel of record advising this Court that the above action has been settled; and/or having been advised by counsel for the parties that the above action has been settled;

**IT IS ORDERED AND ADJUDGED** that this case is dismissed with prejudice, without costs.

DATED: June 9, 2009

JUSTINE FLANAGAN, Acting Clerk

s/Brenda K. Lowe, Deputy Clerk

APPROVED: *s/J. Phil Gilbert*
J. PHIL GILBERT
U. S. DISTRICT JUDGE